**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**JOHNNIE B. PERKINS**          :
                               :
   **Plaintiff,**          :
                               :
     **v.**          :
                               :          **5:07-CV-349 (HL)**
**Nurse CAROL HAGEN, et al.,**          :
                               :
   **Defendants.**          :

# ORDER

The Recommendations of the United States Magistrate Judge (Docs. 8 & 15) filed

November 28, 2007 and December 19, 2007, and Plaintiff's December 5, 2007 letter (Doc.

10) have been read and considered. The Court hereby adopts the November 28, 2007

Recommendation as modified by the December 19, 2007 Recommendation. Defendants

Monroe County Jail Medical Division, Monroe County Sheriff's Department, and Sheriff

Carey Bittick are therefore dismissed from the case.


   **SO ORDERED this 27th day of December, 2007.**


   **/s/Hugh Lawson**

   **HUGH LAWSON, Judge**


tch

1