**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | : | |
|---|---|---|
| **JOHNNIE B. PERKINS,** | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | CASE NO. 5:07-CV-349 (HL) |
| | : | |
| **Sgt. CLAY, et al,** | : | |
| **Defendants** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 27) filed April 23, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed..

**SO ORDERED,** this the 20th day of May, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**