IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHNNIE B. PERKINS,** | : |
| **Plaintiff** | : |
| v. | : Civil Action No.<br>: 5:07-CV-349 (HL) |
| **SGT. CLAY, et al.,** | : |
| **Defendants** | : |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 41), which recommends granting Defendants' Motion for Summary Judgment (Doc. 35). Plaintiff filed no objections to the Magistrate Judge's R&R. After careful consideration and *de novo* review of the R&R, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 27th day of January, 2009

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

wjc